# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 4, 2011 |
| Court Reporter: Janet Coppock | Time: 16 minutes |
| Probation Officer: Jan Woll | Interpreter: n/a |

**CASE NO. 10-CR-00416-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Ryan Bergsieker |
| Plaintiff, | |
| vs. | |
| **SARAH REBECCA WEISS,** | John Sullivan |
| Defendant. | |

## SENTENCING

**10:43 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement, the Presentence Report and its Addendum are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00416-PAB
February 4, 2011

Argument by Mr. Sullivan in support of defendant's Motion for Non-Guideline Sentence (Doc #19), filed 1/27/11 and comments addressing sentencing.

Argument by Mr. Bergsieker and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence (Doc #19), filed 1/27/11, is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **November 9, 2010** to count **1 of the Information.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be placed on probation for a period of **5** years.

**ORDERED:  Conditions** of Probation are that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:  Special Condition** of Probation are that:
- (**X**)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations.

Page Three
10-CR-00416-PAB
February 4, 2011

- (**X**)   As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**)   Defendant shall work with the probation officer in development of a monthly budget that shall be reviewed with the probation officer quarterly.
- (**X**)   Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as approved by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**)   The **special assessment** is due immediately. The balance of the **monetary obligations** shall be paid in monthly installment payments calculated as at lease 10 percent of the defendant's gross monthly wages.
- (**X**)   Defendant shall be placed on home detention for a period of **8** months, to commence within **21** days of sentencing. During this period, the defendant shall remain at her place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at her place of residence without any special services, modems, answering machines, or cordless telephones. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Costs of imprisonment and supervised release are WAIVED.

**ORDERED:**   Defendant shall make **restitution** as follows:

| Victim | Loss Amount |
| --- | --- |
| Bill Mccarthy (Merry Maids) | $ 9,344.63 |
| Linda Greene (Merry Maids) | $ 5,013.09 |
| Jason Skillingberg (Merry Maids) | $17,120.34 |

Page Four
10-CR-00416-PAB
February 4, 2011

    Tom Paul (Merry Maids)    $ 6,383.53
    Mike Huggins (Glo Car Wash Co.)  $ 1,108.94
    Jason Burgess (Scott's Landscaping) $ 584.65
    Jim McCloskey (Am. R. Estate College) $ 460.00

**ORDERED:** Interest on restitution is **WAIVED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is exonerated.

**10:59 a.m.**  **COURT IN RECESS**

**Total in court time:**  16 minutes

**Hearing concluded**